IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PEDRO OCHOA,

    Plaintiff,                    No. 2:12-cv-2909 KJN P

    vs.

G. GRIFFITH,

    Defendant.                ORDER

_____/

        Plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By an order filed December 13, 2012, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms necessary to effect service on defendants. That thirty day period has since passed, and plaintiff has not responded in any way to the court's order.

        IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Fed. R. Civ. P. 41(b).

DATED: January 29, 2013

                                            KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE

ocho2909.fusm